NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEXTER ALLISON,**
*Petitioner,*

v.

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2010-3139

---

Petition for review of the Merit Systems Protection Board in case no. CH0752060703-I-2.

---

## ON MOTION

---

## O R D E R

Dexter R. Allison moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 0 9 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Dexter R. Allison
    Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 9 2010

**JAN HORBALY**
**CLERK**